UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY DAVIS,<br><br>    Plaintiff<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant | Civil Action No. 15-11510-GAO<br><br><br>ORDER ON MOTION FOR<br>ENTRY OF JUDGMENT |

The Plaintiff has filed a motion for entry of final judgment.

Wherefore, the Court hereby grants Plaintiff's motion for entry of judgment in this matter.

Dated: 12/8/2016

/s/ George A. O'Toole, Jr.
U.S. District Judge